# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY M. RANDS & BILLIE F. RANDS  Case Number: 06-71058
105 SEQUOYAH COURT  SSN-xxx-xx-1393 & xxx-xx-7616
POPLAR GROVE, IL  61065

Case filed on: 6/20/2006
Plan Confirmed on: 8/21/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,398.46     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,790.90 | 0.00 |
| | Total Legal | 3,000.00 | 3,000.00 | 2,790.90 | 0.00 |
| 999 | TIMOTHY M. RANDS | 0.00 | 0.00 | 150.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 150.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 553.08 | 200.00 | 200.00 | 7.75 |
| | Total Secured | 553.08 | 200.00 | 200.00 | 7.75 |
| 001 | ILLINOIS TITLE LOANS, INC | 0.00 | 353.08 | 0.00 | 0.00 |
| 002 | AMERICASH LOANS LLC | 894.48 | 894.48 | 0.00 | 0.00 |
| 003 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BELVIDERE FAMILY YMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BELVIDERE WATER & SEWER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | C.B. ACCOUNTS | 457.75 | 457.75 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COLLECTECH SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 1,411.76 | 1,411.76 | 15.58 | 0.00 |
| 011 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CYBR COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISPOSAL SERVICE OF BELVIDERE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FAMILY OPTICAL CENTRE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FOREST CITY DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | GIRZUNT SC, WALTER FRIBERG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JOHN A. BUTLER, M.D., S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LIBERTY MEDICAL SUPPLY PHARMACY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MEDCO HEALTH SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 734.28 | 734.28 | 0.00 | 0.00 |
| 026 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RETRIEVAL MASTERS CREDITORS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 2,717.30 | 2,717.30 | 30.01 | 0.00 |
| 031 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | T-MOBILE BANKRUPTCY & INFORMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | THE ROCKFORD SURGICAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | AFNI/VERIZON | 110.72 | 110.72 | 0.00 | 0.00 |
| | Total Unsecured | 6,326.29 | 6,679.37 | 45.59 | 0.00 |
| | Grand Total: | 9,879.37 | 9,879.37 | 3,186.49 | 7.75 |

Total Paid Claimant:      $3,194.24
Trustee Allowance:          $204.22          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.68            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008                By  /s/Heather M. Fagan